IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>GABRIELLE CROCKER, LIONEL N. FURTADO, B.F., A MINOR, H.F., A MINOR, and S.F., A MINOR,<br><br>   Defendants. | 8:22CV98<br><br>ORDER TO SET SCHEDULING CONFERENCE |

  In this case, the Court has granted the parties' Joint Motion for Interpleader and Other Relief. Filing 24. In doing so, the Court among other things dismissed plaintiff Prudential from this action with prejudice and retained this case on the Court's docket for resolution of claims to the funds deposited by Prudential and the distribution of those funds. This matter is now referred to United States Magistrate Judge Michael D. Nelson to confer with the parties and set a schedule for the resolution of claims to the funds deposited by Prudential and the distribution of those funds.

  IT IS SO ORDERED.

  Dated this 23rd day of August, 2022.

               BY THE COURT:

               _____
               Brian C. Buescher
               United States District Judge