IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIELLE CROCKER, LIONEL N. FURTADO, B.F., A MINOR, H.F., A MINOR, and S.F., A MINOR,<br><br>Defendants. | 8:22CV98<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND ACCOMPANYING DISBURSEMENT OF INTERPLEADED LIFE INSURANCE FUNDS |

This interpleader case is before the Court on the Joint Stipulation for Dismissal with Prejudice and Accompanying Disbursement of Interpleaded Life Insurance Funds by Defendant Gabrielle Crocker (Defendant Crocker) and Jessica Furtado, as biological mother, legal guardian, and legal representative of minor Defendants B.F., H.F., and S.F. (Minor Defendants). Filing 44. Defendants stipulate to dismissal of this case with prejudice and to disbursement of the funds deposited with the Court in accordance with their Joint Stipulation. Accordingly,

IT IS ORDERED that

1. Defendants' Joint Stipulation for Dismissal with Prejudice and Accompanying Disbursement of Interpleaded Life Insurance Funds, Filing 44, is granted;

2. The funds deposited with the Court shall be disbursed in accordance with Defendants' Joint Stipulation for Dismissal with Prejudice and Accompanying Disbursement of Interpleaded Life Insurance Funds; and

3. This case is dismissed with prejudice.

Dated this 24th day of July, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge